# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

**E-filing**

---

UNITED STATES OF AMERICA,

V.

JOSEPH PAUL COCCHI

# CR 09        0017

DEFENDANT.

---

## INDICTMENT

21 U.S.C. § 841(a)(1) - Distribution and Possession with Intent to Distribute MDMA

---

A true bill.

_____ Foreman

Filed in open court this _____ day of
January, 2009.

_____ Clerk

Bail, $ no bail arrest warrant

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT ||
|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location **NORTHERN DISTRICT OF CALIFORNIA** |
| **OFFENSE CHARGED**  21 U.S.C. § 841(a)(1) - Distribution and Possession with Intent to Distribute MDMA  E-filing  ☐ Petty  ☐ Minor  ☐ Misdemeanor  ☑ Felony  **PENALTY:**  20 years imprisonment; $1 million fine; at least 3 years supervised release; $100 special assessment | **DEFENDANT - U.S.**  ▶ JOSEPH PAUL COCCHI  **DISTRICT COURT NUMBER**  CR 09    0017 |

**FILED**
JAN - 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRB

| **PROCEEDING**  Name of Complaintant Agency, or Person (&Title, if any)  DEA, Special Agent Ryan Tack  ☐ person is awaiting trial in another Federal or State Court, give name of court  ☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District  ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense  ☐ this prosecution relates to a pending case involving this same defendant  ☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶  SHOW DOCKET NO.  MAGISTRATE CASE NO.  Name and Office of Person Furnishing Information on THIS FORM  **JOSEPH P. RUSSONIELLO**  ☑ U.S. Att'y  ☐ Other U.S. Agency  Name of Asst. U.S. Att'y Aaron D. Wegner (if assigned) | **DEFENDANT**  **IS NOT IN CUSTODY**  1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____  2) ☐ Is a Fugitive  3) ☐ Is on Bail or Release from (show District)  **IS IN CUSTODY**  4) ☐ On this charge  5) ☐ On another conviction  6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State  If answer to (6) is "Yes", show name of Institution  Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____  **DATE OF ARREST** ▶ Month/Day/Year _____  Or... if Arresting Agency & Warrant were not  **DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____  ☐ This report amends AO 257 previously submitted |

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) |
| 2 | United States Attorney |

**FILED**

JAN - 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09 0017 CRB |
| Plaintiff, | VIOLATION: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii) – Possession with Intent to Distribute MDMA |
| v. | |
| JOSEPH PAUL COCCHI, | |
| Defendant. | SAN FRANCISCO VENUE |

### INDICTMENT

The Grand Jury charges:

On or about September 24, 2007, in the Northern District of California, the defendant,

JOSEPH PAUL COCCHI,

did knowingly and intentionally possess with intent to distribute 3, 4-Methylenedioxymethamphetamine hydrochloride, also known as "MDMA" or "Ecstasy," a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

INDICTMENT 1

1 | and (b)(1)(B)(ii).
2 |
3 | DATED:                                          A TRUE BILL.
4 |
5 | 1/6/09
6 |                                                 _____
7 |                                                 FOREPERSON
8 | JOSEPH P. RUSSONIELLO
  | United States Attorney
9 |
10 |
11 | _____
   | BRIAN J. STRETCH
12 | Chief, Criminal Division
13 |
14 |
15 | (Approved as to form: _____ )
   |                       AUSA WEGNER

INDICTMENT                                                                    2